UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN MARKELL WISE,<br><br>          Petitioner,<br><br>   v.<br><br>GISELLE MATTESON,<br><br>          Respondent. | Case No. CV 22-4054-MEMF(AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the First Amended Petition is denied and dismissed with prejudice.

DATED: December 16, 2024

                                                                                         MAAME EWUSI-MENSAH FRIMPONG<br>
                                                                                        UNITED STATES DISTRICT JUDGE